RNN/rn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6238 CR-FERGUSON**

18 U.S.C. §1505

**MAGISTRATE JUDGE
SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| LEONARDO SERRANO, | ) |
| Defendant. | ) |



## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 8, 2000, at Broward County, in the Southern District of Florida, the defendant,

### LEONARDO SERRANO,

did knowingly and corruptly obstruct and impede, and endeavor to obstruct and impede, the due and proper administration of the law under which a pending proceeding, that is, a disability fraud investigation, was being had before the Social Security Administration, an agency of the United



States, by informing the subject of the proceeding of the existence and nature of the

investigation, in violation of Title 18, United States Code, Section 1505.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*Steven R. Petri*
for GUY A. LEWIS
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.
Leonardo Serrano

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)    Yes ____    No ____
Number of New Defendants ____
Total number of counts ____

____ Miami    ____ Key West
X   FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | __3__ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | __X__ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? _X_ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                                   ROBERT N. NICHOLSON
                                                   ASSISTANT UNITED STATES ATTORNEY
                                                   Florida Bar No. 0993996

*Penalty Sheet(s) attached                                                           REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: __Leonardo Serrano__   Case No.: _____

Count #: **1**
   18 U.S.C. § 1505

   Obstruction of Agency proceeding

*Max. Penalty: **Five(5) years' imprisonment and $250,000 fine.**
================================================================
Count #:

_____

*Max. Penalty:
================================================================
Count #:

_____

*Max. Penalty:
================================================================
Count #:

_____

*Max. Penalty:
================================================================
Count #:

_____

*Max. Penalty:
================================================================
   *Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.
================================================================