AO 442 (Rev. 12/85) Warrant for Arrest    AUSA NICHOLSON S/A MONTERO SSA

## *United States District Court*

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

v.

LEONARDO SERRANO

**WARRANT FOR ARREST**

CASE NUMBER: **00-6238**

**TO:** The United States Marshal
and any Authorized United States Officer

CR-FERGUSON

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ____LEONARDO SERRANO____
Name

FILED by ____ D.C.

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

AUG 24 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

charging him or her with (brief description of offense)

obstruction of an agency proceeding;

in violation of Title __18__ United States Code, Section(s) __1505__

CLARENCE MADDOX                           COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                   Title of Issuing Officer

*Kenny Butler*                            Date 8/24/00
Signature of Issuing Officer              Fort Lauderdale, Florida
                                          Date and Location

Bail fixed at $ 50,000 CSB                *Lurana S. Snow*
                                          LURANA S. SNOW
                                          by UNITED STATES MAGISTRATE JUDGE
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____Leonardo Serrano_____

ALIAS: _____

LAST KNOWN RESIDENCE: ___568 N. University Drive, Plantation, FL 33324_____

LAST KNOWN EMPLOYMENT: ___Social Security Administration, 3511 N. Pine Island Road, Sunrise, FL___

PLACE OF BIRTH: _____

DATE OF BIRTH: _____2/3/49_____

SOCIAL SECURITY NUMBER: ___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_____

HEIGHT: _____6'3"_____ WEIGHT: _____185 lbs_____

SEX: _____Male_____ RACE: _____Hispanic_____

HAIR: _____BRN_____ EYES: _____BRN_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ___Javier Montero, SSA-OIG  954-356-7472_____