COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Leonardo Serrano (surrender) | CASE NO: | 00-6238-CR-Ferguson |
| AUSA: | Bob Nicholson / present | ATTNY: | Steve Rossi / present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | FILED by _____ AUG 2 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD |

BOND HEARING HELD – yes/no   COUNSEL APPOINTED:
BOND SET @ $100,000 PSB _____ encumber residence property
CO-SIGNATURES: wife

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. (not at present) at Joe Security.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL + MD/FL (for employment)
12) _____ Halfway House
    Electronic Monitoring
Reside at current address, no illegal drugs or excessive alcohol

- Advised of charges.
- Sworn
- if Sec Security is not pursuing administrative action — we will need to set a status re employment.
- Wife — Ct addressed re bond

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 9-29-00 | 11:00 am | BSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN.) OR REMOVAL: | 9-29-00 | 11:00 am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 8-28-00   TIME: 12:00 pm   TAPE # 00-067  PG # ___
2/10 - 2903

P 3