## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA  50/809

UNITED STATES OF AMERICA

V.

LEONARDO SERRANO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6238

CR - FERGUSON

MAGISTRATE JUDGE SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LEONARDO SERRANO _____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

obstruction of an agency proceeding;

in violation of Title __18__ United States Code, Section(s) __1505__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer: *Lenny Butler*

Date 8/24/00
Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 50,000 CSB

by *Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED<br>8/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>8/28/00 | | Edward Purchase, SDUSM |