**DEFT:** Leonardo Serrano (B)   **CASE NO:** 00-6238-CR-Ferguson
**AUSA:** Bob Nicholson  *present*   **ATTNY:** ~~Steve Rossi~~ / Δ - represents himself
**AGENT:** ___   **VIOL:** ___
**PROCEEDING:** Inquiry re counsel / Arraignment   **BOND REC:** ___ D.C.
**BOND HEARING HELD** - yes/no   **COUNSEL APPOINTED:** FPD

SEP 2 9 2000 FT LAUD

**BOND SET @** ___

**CO-SIGNATURES:** ___ *ordered*

**SPECIAL CONDITIONS:** ___
Ct. partially indigent — must pay $ 3,000 m/k fee of Ct. w/in 30 days
Ferretta hearing held —
Δ - wants to represent himself
Ct finds that
Δ - will represent himself
U.S Atty to have transcripts ordered

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring ___

still must be ordered

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

after decide, the courts Ct appointed
sworn in for counsel —
may not qualify
in gray area
Δ - to contact private atty —
already did —
→ FPD appted

**NEXT COURT APPEARANCE:** Status   **DATE:** ___   **TIME:** ___   **JUDGE:** Snow
~~INQUIRY RE COUNSEL~~
**PTD/BOND HEARING:** ___
**PRELIM/ARRAIGN. OR REMOVAL:** 10-13-00   11:00am
**STATUS CONFERENCE:** ___

**DATE:** 9-29-00   **TIME:** 11:00am ~~1:00pm~~   **TAPE #** 00- 07 / PG # 075/076

B458 -3651
00-075  3225-3696
1-60  00-076
Recalled 00-075