FILED D.C.

SEP 2 9 2000

S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6238-CR-Ferguson

UNITED STATES OF AMERICA

vs

Leonardo Serrano

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-29-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:   Address: See Bond

Telephone:

DEFENSE COUNSEL:   Name: FPD

Address:

Telephone:

BOND SET/CONTINUED:   $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for____

Dated this 29 day of September, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-074/075/076

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services