-cr-06238-WDF    Document 15    Entered on FLSD Docket 10/16/2000    F

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __DAVID DEBERNARDIS__ CASE NO: __00-6242-CR-FERGUSON__
AUSA __ROBIN ROSENBAUM__ _nic_ ATTY __DARYL WILCOX__ / _Farnsworth_

_Disc out —_
_Motions due 10/20 or SPO date_ (@ 25'93")

DEFT __LEONARDO SERRANO__ CASE NO: __00-6238-CR-FERGUSON__ ✓
AUSA __ROBERT NICHOLSON__ _nic_ ATTY __FPD__ / _Farnsworth for Day_

_Disc going out today · 2 days to try_ (@ 26.6)
_11-1 motions due_

DEFT __KELSA VIALVA__ CASE NO: __00-6175-CR-ZLOCH(s)__
AUSA __BERTHA MITRANI__ /_Rosenbaum_ ATTY __ALVIN ENTIN, ESQ.__ _DiLaPierre_

_Disc not out — due on Monday_
_11-1 motions due_ (@ 23.68)

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __10/13/00__ TIME __11:00__

15