UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6238-CR-FERGUSON

UNITED STATES OF AMERICA,    :

        Plaintiff,    :

v.    :

LEONARDO SERRANO,    :

        Defendant.    :
_____



FILED by _____ D.C.

OCT 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

    A status conference was held in this cause on October 13, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was to be sent out on the date of the status conference.

    2. Counsel for the defendant shall have until November 1, 2000, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this _18th_ day of October, 2000.

                              /s/ Lurana S. Snow
                              LURANA S. SNOW
                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robert Nicholson (FTL)
Federal Public Defender's Office (FTL)