COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Leonardo Serrano (B) | CASE NO: | 00-6238-CR-Ferguson |
| AUSA: | Bob Nicholson /Rue | ATTNY: | FPD: Tim Day Cat Hunt |
| AGENT: | | VIOL: | Standing in |
| PROCEEDING: | STATUS RE PARTIAL INDIGENCE ORDER | BOND REC: | |

BOND HEARING HELD – yes/no     COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____    ÑCT

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House
       ____ Electronic Monitoring

Δ - not present
Δ - paid this morning

NEXT COURT APPEARANCE:   DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 10-30-00    TIME: 11:00am    TAPE # 00- 087 PG # 3
                                           1995–          20