UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6238-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

LEONARDO SERRANO, :

    Defendant. :
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Continue Trial and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's unopposed motion to continue trial is hereby GRANTED. The defendant's trial is rescheduled to **Dec. 11, 2000**.

DONE AND ORDERED at Fort Lauderdale, Florida, this **30th** day of October, 2000.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: Timothy Day, AFPD
Robert Nicholson, AUSA

