UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6238-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

LEONARDO SERRANO, :

    Defendant. :
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, Leonardo Serrano, through counsel, requests that this Court continue the trial in the above-styled case and as grounds in support thereof states as follows:

1. The defendant is charged by way of indictment with obstruction of justice in violation of 18 U.S.C. § 1505.

2. The defendant had his initial appearance and was arraigned on September 29, 2000. This is the second trial setting in this matter.

3. Counsel for the defense is currently investigating the case. The investigation is not yet complete. Additional time is necessary within which to complete the investigation.

4. Furthermore, the defendant requested documents from the government which are relevant to the defense. One portion of the records have been provided by the government. The remaining documents are the subject of defendant's Brady demand.

5.    Assistant United States Attorney Robert Nicholson has been contacted and states that he does not object to the motion.

WHEREFORE, the defendant requests this Court grant this motion and reset the case for trial.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of December, 2000 to Robert Nicholson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Serrano\Continue.02.wpd