UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6238-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

　　Plaintiff, :

vs. :

LEONARDO SERRANO, :

　　Defendant. :
_____/



## MOTION FOR STATEMENT OF PARTICULARS

The defendant, Leonardo Serrano, through counsel, moves this Court for a statement of particulars pursuant to Fed. R. Crim. P. 7(a) and as grounds in support thereof states:

1.　　The defendant is charged by way of indictment with violating 18 U.S.C. § 1505 or obstruction of justice. The indictment states that:

> On or about June 8, 2000, at Broward County, in the Southern District of Florida, the defendant, Leonardo Serrano, did knowingly and corruptly obstruct and impede, the due and proper administration of the law under which a pending proceeding, that is a disability fraud investigation, was being had before the Social Security Administration, an agency of the United States, by informing the subject of the proceeding of the existence and nature of the investigation in violation of Title 18, United States Code, Section 1505.



2. In response to a request for certain documents, the Assistant United States Attorney prosecuting the case wrote:

> It is important for you to keep in mind that Dr. Posner was only one of the subjects of the Social Security Administration's inquiry and investigation that Mr. Serrano obstructed. By informing Dr. Posner of the existence of the investigation, he caused other subjects to be informed as well. Further, he greatly diminished the Social Security Administration's ability to conduct covert surveillance of Dr. Posner, and eliminated the Social Security Administration's opportunity to covertly contact other subjects of the investigation.

3. This characterization expands the specific nature of the prosecution well beyond that contained in the indictment.

4. A Bill of Particulars serves the function "analogous to an indictment," that is, providing the defendant with notice of the charges against him. They are designed to identify with sufficient particularity the nature of the charge pending against the defendant, thereby enabling him to prepare for trial, to prevent surprise, and to interpose a plea of double jeopardy should he be prosecuted a second time for the same offense. A Bill of Particulars should be granted when the indictment appears too vague to inform the defendant fairly of the charge against him. *United States v. Addonizio*, 451 F.2d 49, 64 (3rd Cir. 1971).

5. Accordingly, the defendant requests a statement of particulars with regard to the following information:

   a. The names of the "other" subjects of the Social Security Administration's inquiry that were informed of the investigation.

   b. The actions of those "other" subjects that caused them to be under investigation.

2

      c.    The date when these "other" subjects came under investigation.

      d.    How these "other" subjects were notified of the investigation.

WHEREFORE, defendant, Leonardo Serrano, respectfully requests this Court grant this motion.

          Respectfully submitted,

          KATHLEEN M. WILLIAMS
          FEDERAL PUBLIC DEFENDER

By:_____
      Timothy M. Day
      Assistant Federal Public Defender
      Florida Bar No. 360325
      101 N.E. 3rd Avenue
      Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436
      (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this \_\_\_ day of December, 2000 to Robert Nicholson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

      _____
      Timothy M. Day

S:\DAY\Serrano\Particulars.01.wpd