UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6238-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

LEONARDO SERRANO :

    Defendant. :
_____/



## UNOPPOSED MOTION TO TRAVEL

The defendant, through counsel, moves this Court for an order to travel and states as grounds thereof:

1. The defendant is charged by way of indictment with violating 18 U.S.C. § 1505. He was released on a $100,000 personal surety bond on September 29, 2000.

2. The defendant requests permission to travel to visit his girlfriend Lesa Burnett, who resides at 130-4 Wilkinson Dr., Hillsville Virginia , (540) 728-7736, December 28, 2000 through January 4, 2001.

3. Assistant United States Attorney Robert Nicholson has no legal objection to this motion.



WHEREFORE, the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 19 day of December, 2000 to Robert Nicholson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Serrano\Travel.01.wpd

2