UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6238-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

LEONARDO SERRANO, :

    Defendant. :
_____/

FILED by ____ D.C.
JAN 3 0 2001
CLARENCE MADDOX
CLE OF U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO TRAVEL

THIS CAUSE having come before the Court on Defendant's Motion to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to travel is hereby GRANTED. The defendant is permitted to travel to the residence of Lesa Burnett, 130-4 Wilkinson Dr., Hillsville, Virginia, (540) 728-7736, March 6, 2001 through March 12, 2001. The defendant is also permitted to visit his mother Juana Serrano, who resides in Juncos Puerto Rico at Tamrindo Street, (787) 734-8374, February 16, 2001 through February 26, 2001.

DONE AND ORDERED at Fort Lauderdale, Florida, this 29th day of January, 2001.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:   Timothy Day, AFPD
      Robert Nicholson, AUSA
      Carol Sirrotto, U.S. Pretrial Services

31