UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6238-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

LEONARDO SERRANO,   :

    Defendant.   :
_____/



# **OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

The defendant, through counsel, hereby files an objection to the Presentence Investigation Report (PSI) compiled in the above-styled case. The objection does not affect the offense level ranges as calculated in the PSI.

On page 9 at paragraph 34 of the PSI, the statements of Mr. Serrano's wife are recorded. Mr. Serrano and his wife are in the middle of divorce proceedings. It should be noted that the marriage has been replete with discord and strife. The contentions of Ms. Serrano accusing Mr. Serrano of physical and emotional abuse are erroneous. It is true that the defendant was arrested as noted, but that was the result of an incident wherein Ms. Serrano physically assaulted Mr. Serrano, who locked himself in the bathroom to separate himself from her. When the police arrived they stated one of the

two had to leave. Mr. Serrano protested as he had not created the dispute. As a result, Mr. Serrano was arrested. As reflected in the PSI, this case was dismissed.

WHEREFORE, the defendant requests that this Honorable Court grant this objection to the Presentence Investigation Report.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
     Timothy M. Day
     Assistant Federal Public Defender
     Florida Bar No. 360325
     101 N.E. 3rd Avenue
     Suite 202
     Fort Lauderdale, Florida 33301
     (954) 356-7436 ext. 108
     (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of March, 2001 to Robert Nicholson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Ed Cooley, United States Probation Office, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

                _____
                Timothy M. Day

S:\DAY\Serrano\Object.01.wpd