SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 20 2001

CASE # OO-6238-cr-WDF

DEFENDANT Leonardo Serrano    JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER    DATE March 16, 2001

Court Reporter Paul Haferling Brynn Dockstader USPO Tracy Welk

AUSA Bertha Mitrani    Deft's Counsel Tim Day, FPD

COUNTS DISMISSED ___ All Others ___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to Appeal

JUDGMENT AND SENTENCE
Imprisonment    Years    Months    Counts

Supervised Release _____

Probation    Years  2    Months ___    Counts  one

Comments  See f/c for details

Motion for downward departure is denied.

Assessment $ 100.00    Fine $ 2,000.00

Restitution /Other _____
CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

C
3V