# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| LEONARDO SERRANO, (J) | Case Number: 0:00CR06238-001 |
| | Robert Nicholson, AUSA / Tim Day, AFPD |
| **THE DEFENDANT:** | Defendant's Attorney |

- ☒ pleaded guilty to count(s) __One of the Indictment on January 3, 2001__
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1505 | Obstruction of an agency proceedings | 06/08/2000 | 1 |

FILED by _____ D.C.

MAR 20 2001

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☒ The defendant has been found not guilty on count(s) __N/A__
- ☒ Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 02/03/1949
Defendant's USM No.: 55444-004
Defendant's Residence Address:

8298 N.W. 40th Court

Coral Springs    FL    330675

Defendant's Mailing Address:

8298 N.W. 40th Court

Coral Springs    FL    330675

03/16/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

03/20/01
Date

36

