# United States District Court

## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SMLX TECHNOLOGIES, INC** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:  **0:00CR06328-001**<br>Robert N. Nicholson, AUSA  /  Benedict P. Kuehne, Esq |

**THE DEFENDANT:**                                        Defendant's Attorney

☒ pleaded guilty to count(s)     One of the Information on January 12, 2001

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 331 (a) | Introduction and delivery for introduction into interstate commerce of adulterated and misbranded medical devices. | 01/12/1998 | 1 |
| 21 U.S.C. § 333 (a)(2) | | | |

FILED by _____ D.C.

[APR 3 0 2001]

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____**N/A**_____

☒ Count(s) __**All Others**__                          are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No :  **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** | **04/30/2001** |
| Defendant's Date of Birth: | Date of Imposition of Judgment |
| Defendant's USM No.: | |
| Defendant's Residence Address: | |
| **855 South Federal Highway** | |
| | Signature of Judicial Officer |
| **Boca Raton**                    **FL** | **WILKIE D. FERGUSON, JR.,**<br>**UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **855 South Federal Highway** | |
| | 04/30/01 |
| **Boca Raton**                    **FL** | Date |

No further action **required by**
U.S. Marshals **Service.**

James A. Tassore
UNITED STATES **MARSHAL**

Robert Broadus, SDUSM
Ed Purchase