UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6238-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEONARDO SERRANO

    Defendant.



FILED by _____ D.C.
DKTG
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

It is ORDERED that this Motion is
DENIED
WILKIE D. FERGUSON, JR.
05/29/01
DATE

## UNOPPOSED MOTION TO TRAVEL

The defendant, through counsel, moves this Court for an order to travel and states as grounds thereof:

1. The defendant is charged by way of indictment with violating 18 U.S.C. § 1505. He was released on a $100,000 personal surety bond on September 29, 2000.

2. The defendant requests permission to travel to visit his girlfriend Lesa Burnett, who resides at 130-4 Wilkinson Dr., Hillsville Virginia , (540) 728-7736. December 28, 2000 through January 4, 2001.

3. Assistant United States Attorney Robert Nicholson has no legal objection to this motion.