**United States Government**
**M E M O R A N D U M**

**DATE:** July 16, 2001

**FROM:** David L. Sutherland (954) 769-5512 *DLS al*
United States Probation Officer, Fort Lauderdale, Florida

**SUBJECT:** **SERRANO, Leonardo**
**Docket No. 00-6238-CR-Ferguson**
**SD/FL PACTS No. 65161**

**TO:** Clerk's Office, Magistrate Section
U.S. District Court, Fort Lauderdale, Florida



REC'D by _____ D.C.
JUL 1 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Attached is Probation Form 22, Transfer of Jurisdiction, signed in Part One on June 19, 2001, by the Honorable Wilkie D. Ferguson, Jr., Judge, Southern District of Florida, Fort Lauderdale and signed in Part Two on July 9, 2001, by the Honorable Samuel G. Wilson, Chief Judge, Western District of Virginia, Roanoke.

Please forward your complete file to the Clerk of the Court in the Western District of Virginia.

DLS:cal
Attachment

| PROB 22 | | | DOCKET NUMBER(Tran.Ct) |
| --- | --- | --- | --- |
| Rev. 2/83 | | | 00-6238-CR-Ferguson |
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| --- | --- | --- | --- |
| Leonardo Serrano<br>130-4 Wilkinson Drive<br>Hillsville, VA 24343 | Southern/Florida | Probation | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Wilkie D. Ferguson, Jr. | | |
| SD/FL PACTS No.<br>65161 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>3/16/01 | TO<br>3/15/03 |

OFFENSE
Obstruction of an Agency Proceedings, Title 18, U.S.C. § 1505

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Western District of Virginia</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/19/01
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Western</u> DISTRICT OF <u>Virginia</u>

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/9/01
Effective Date

United States District Judge